UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISAIAS PERALTA, | ) |
|     Plaintiff, | ) CASE NO. C10-1892-MJP-MAT |
| v. | ) |
| STATE OF WASHINGTON, et al., | ) ORDER DENYING APPLICATION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* |
|     Defendants. | ) |

The Court, having reviewed plaintiff's proposed complaint, plaintiff's application for leave to proceed with this action *in forma pauperis*, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, the Plaintiff's untimely objections seeking a protective order, and the remaining record, does hereby find and Order:

    (1)    The Court adopts Report and Recommendation.

    (2)    Plaintiff's application for leave to proceed *in forma pauperis* (Dkt. No. 15) is DENIED pursuant to 28 U.S.C. § 1915(g).   Plaintiff shall pay the filing fee ($350.00) to the Clerk within 30 days from the date of this Order or the case shall be dismissed.

    (3)    Plaintiff's motions "to pause" (Dkt. No. 12) and "to object" (Dkt. No. 13) are

01  STRICKEN.

02          (4)     The Clerk shall direct copies of this Order to plaintiff and to the Honorable Mary

03  Alice Theiler.

04          DATED this 21st day of May, 2011.

                                                      Marsha J. Pechman
                                                      United States District Judge

ORDER DENYING APPLICATION FOR
LEAVE TO PROCEED *IN FORMA PAUPERIS*
PAGE -2